EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte:<br><br><br>Rosalind Matos Novella | 2024 TSPR 45<br><br>213 DPR ___ |
| --- | --- |

Número del Caso: TS-13,373


Fecha:  3 de mayo de 2024


Representante legal de la peticionaria:

     Por derecho propio



Materia:  Readmisión al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte,

Rosalind Matos Novella                TS-13,373

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de mayo de 2024.

Examinada la *Moción solicitando cambio de estatus de abogada inactiva a abogada activa en el Registro Único de Abogados y Abogadas* presentada por la Lcda. Rosalind J. Matos Novella, se provee ha lugar.

Se ordena a la Secretaría registrar dicho cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo